# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMOND AUSTIN

NO. 2025 KW 1356

**FEBRUARY 23, 2026**

---

In Re:    Demond Austin, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. CR-2500636.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**  On March 31, 2025, relator was indicted by a Tangipahoa Parish grand jury with first degree rape, a felony in violation of La. R.S. 14:42(A) that is punishable by life imprisonment.  According to the district court's ruling, relator was arraigned on April 21, 2025.  On or about July 10, 2025, the district court denied relator's motion to quash.  Therefore, relator's request for relief under La. Code Crim. P. art. 701(B) is moot.  See **State v. Varmall**, 539 So.2d 45 (La. 1989) (*per curiam*); **State v. Neyland**, 2023-0811 (La. App. 1st Cir. 10/10/23), 2023 WL 6566061 (*unpublished*).

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT